

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

December 13, 2017

VIA ECF
The Honorable J. Paul Oetken, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

   Re:  Young v. Stribling & Associates Ltd., No. 1:17-cv-7905 (JPO)

Dear Judge Oetken:

   This firm represents the Plaintiff. We submit this letter on behalf of all parties to advise the Court the parties have reached a settlement in principle. We accordingly respectfully request that this matter be discontinued without prejudice with leave to reopen in 30 days. If granted, this relief will adjourn *sine die* all upcoming deadlines and conferences.

          Respectfully submitted,
          BRONSON LIPSKY LLP

          s/ Douglas B. Lipsky
          Douglas B. Lipsky

Cc:  Dina L. Hamerman (Via ECF)