Oetken, P.

DocuSign Envelope ID: A0A477A3-51B0-46CB-A277-5C40F8B8441C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAWRENCE YOUNG, Individually and on Behalf :
of All Other Persons Similarly Situated,

                       Plaintiff,

        v.

STRIBLING & ASSOCIATES LTD.,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE


No.: 1:17-cv-7905 (JPO)

### STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendant Stribling & Associates Ltd. having not served an answer or a motion for summary judgment, Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear their own fees and costs.

Dated: ~~December~~ January 3, 2018 ~~2017~~
     New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Email: doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff Young*

Dated: ~~December~~ January 3 ~~2017~~ 2018/dbl
     New York, New York

_____
Dina L. Hamerman
YANKWITT LLP
140 Grand Street, Suite 501
White Plains, NY 10601
dina@yankwitt.com
Tel: 914.686.1500
*Attorneys for Defendant Stribling &
Associates Ltd.*


SO ORDERED:

Dated: New York, New York
     January 9, 2018

_____
J. PAUL OETKEN
United States District Judge